**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>PHOENO WINE COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10554 (KBO)<br><br>(Jointly Administered) |
| Don A. Beskrone, Chapter 7 Trustee for<br>PHOENO WINE COMPANY, INC., *et al*.,<br><br>Plaintiff,<br><br>v.<br><br>Breakthru Beverage California, LLC, f/k/a<br>Wine Warehouse,<br><br>Defendant. | Adv. Proc. No: 25-50626 (KBO) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Don A. Beskrone, in his capacity as the Chapter 7 Trustee for Phoeno Wine Company, Inc., *et al*., (the "Plaintiff") and Breakthru Beverage California, LLC, f/k/a Wine Warehouse, (the "Defendant" together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1.      The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including June 25, 2025.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{02125485;v1 }

2.      Except as specifically set forth herein, all rights, claims and defenses of the Parties

are fully preserved.

Dated:  May 23, 2025

**ASHBY & GEDDES, P.A.**

*/s/ Benjamin W. Keenan*
Ricardo Palacio (DE No. 3765)
Benjamin W. Keenan (DE No. 4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Email: bkeenan@ashbygeddes.com

*Counsel to Plaintiff*

Dated:  May 23, 2025

**BREAKTHRU BEVERAGE CALIFORNIA, LLC, F/K/A WINE WAREHOUSE**

*/s/    Sabrina Clergé*
Sabrina Clergé, Esq
60 East 42nd Street, 49th Floor
New York, NY 10165
Telephone: (443) 591-0459
Email: Sclerge@Breakthrubev.com

*Counsel to Defendant*

{02125485;v1 }                                           2