**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>PHOENO WINE COMPANY, INC., *et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10554 (KBO)<br><br>(Jointly Administered) |
| Don A. Beskrone, Chapter 7 Trustee for<br>PHOENO WINE COMPANY, INC., *et al.*,<br><br>Plaintiff,<br><br>v. | |
| Bamboo Technologies, Inc. | Adv. Pro. No. 25-50606 (KBO) |
| Martin Ray | Adv. Pro. No. 25-50623 (KBO) |
| Breakthru Beverage California, LLC, f/k/a Wine Warehouse | Adv. Pro. No. 25-50626 (KBO) |
| EmployBridge, LLC d/b/a Select Staffing | Adv. Pro. No. 25-50628 (KBO) |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 7041

and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Don A. Beskrone, Chapter 7 Trustee

for Phoeno Wine Company, Inc., *et al.*, hereby dismisses the above-captioned adversary

proceeding with prejudice.

Dated: August 29, 2025

**ASHBY & GEDDES, P.A.**
*/s/ Benjamin W. Keenan*
Ricardo Palacio (DE No. 3765)
Benjamin W. Keenan (DE No. 4724)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
Telephone: (302) 654-1888
*Counsel to Don A. Beskrone,*
*Chapter 7 Trustee of the Debtors*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{02158494;v1 }